11/18-DML

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. Jaime TOVAR-Duran, Defendant. | Magistrate Docket No. 19mj24405 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, USC 1325(a)(1) Improper Attempted Entry by an Alien (Misdemeanor) |

FILED
NOV 1 8 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The undersigned complainant being, duly sworn, states:

On or about November 15, 2019, within the Southern District of California, defendant, Jaime TOVAR-Duran, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Edward R. Bugarin
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 18th DAY OF November, 2019.

ROBERT N. BLOCK
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Jaime TOVAR-Duran**

## AMENDED
## PROBABLE CAUSE STATEMENT

On November 15, 2019, Border Patrol Agent C. Copenhaver was conducting assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 10:11 PM, Agent Copenhaver responded to a seismic intrusion device activation in an area known to Border Patrol Agents as the "3-7 Tank." Agent Copenhaver found footprints, that he followed until he encountered three individuals sitting in the brush. This area is approximately one mile north of the United States/Mexico International Boundary and approximately three miles west of the Tecate, California Port of Entry. Agent Copenhaver identified himself as a Border Patrol Agent and performed an immigration inspection. All three individuals, including one later identified as the defendant, Jaime TOVAR-Duran,, stated that they were citizens of Mexico without immigration documents that would allow them to enter or remain in the United States legally. At approximately 11:49 PM, Agent Copenhaver placed all three individuals, including TOVAR, under arrest.

Record checks revealed that the defendant was most recently removed or deported from the United States on November 12, 2019.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant stated that he illegally entered the United States on November 15, 2019.

**CONTINUATION OF COMPLAINT:**

**Jaime TOVAR-Duran**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On November 15, 2019, Border Patrol Agent C. Copenhaver was conducting assigned operations in the Brown Field Border Patrol Station's area of responsibility. At approximately 10:11 PM, Agent Copenhaver responded to a seismic intrusion device activation in an area known to Border Patrol Agents as the "the 3-7 tank." Upon arriving in the area, Agent Copenhaver noticed footprints in the dirt. While following the footprints, Border Patrol Agent J. Kovach, who was operating a scope with mobile surveillance capabilities, observed three individuals walking east. After a brief search, Agent Copenhaver encountered three individuals sitting in the brush. This area is approximately one and one quarter miles north of the United States/Mexico international boundary, and approximately three and one quarter miles west of the Tecate, California Port of Entry. Agent Copenhaver approached the individuals, identified himself as a Border Patrol agent, and performed an immigration inspection. All three individuals, including the defendant Jaime TOVAR-Duran, stated that they are citizens of Mexico without documents allowing them to enter or remain in the United States legally. At approximately 11:49 PM, Agent Copenhaver placed all three individuals, including TOVAR, under arrest.

Record checks revealed that the defendant was most recently removed or deported from the United States on 11/14/2019.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant stated that he illegally entered the United States on November 15, 2019.

**CONTINUATION OF COMPLAINT:**
**Jaime TOVAR-Duran**

**Executed on November 16, 2019 at 11:00 AM.**

Genaro Calderon
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 15, 2019, in violation of 8 USC 1325(a)(1).

BERNARD G. SKOMAL
United States Magistrate Judge

**11:20 AM, Nov 16, 2019**
Date/Time